| | | |
|---|---|---|
| 20029 | Ayuyu v. State | Affirmed |
| 20115 | Greff v. Yukimura | Affirmed |
| 20555 | State v. Alston (William) | Affirmed |
| 21157 | State v. Alston (Alston) | Affirmed |
| 20542 | State v. Arroyo | Affirmed |
| 20663 | State v. Bailey | Affirmed |
| 20265 | State v. Schlegel | Vacated |

### June 30, 1998

| | | |
|---|---|---|
| 20579 | Corbett v. State | Affirmed |
| 20255 | State v. Tucker | Affirmed |

### July 6, 1998

| | | |
|---|---|---|
| 19554 | Huff v. Tomai | Affirmed |
| 20942 | State v. Cutner | Affirmed |
| 21088 | State v. Lovell | Affirmed |
| 20222 | State v. Napoleon | Affirmed |

### July 8, 1998

| | | |
|---|---|---|
| 20425 | State v. Concordia | Affirmed |
| 20426 | State v. Ildefonso | Affirmed |
| 20423 | State v. Mendoza | Affirmed |

### July 10, 1998

| | | |
|---|---|---|
| 20624 | State v. Begley | Granted |

### July 13, 1998

| | | |
|---|---|---|
| 20996 | State v. Welling | Affirmed |
| 20176 | Wong v. Wong | Affirmed |

### July 22, 1998

| | | |
|---|---|---|
| 20565 | State v. Fergerstrom | Affirmed |
| 20515 | State v. Keliikoa | Affirmed |

### July 24, 1998

| | | |
|---|---|---|
| 20759 | Johnson v. State | Affirmed |
| 21115 | Wallace v. University of Hawaii | Affirmed |

### July 28, 1998

| | | |
|---|---|---|
| 21320 | Eline v. Abbott | Affirmed |
| 21109 | State v. McKinney | Affirmed |

### July 29, 1998

| | | |
|---|---|---|
| 20970 | Chester v. Riteway Builders, Inc. | Affirmed |